[No. 12009-3-I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD LEE FAIRCHILD, *Defendant,* ALBERT FRANKLIN ARMSTRONG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00628-5, Liem E. Tuai, J., entered June 23, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Ringold, JJ.

[No. 12487-1-I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN VINCENT LOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01711-2, Charles V. Johnson, J., entered October 19, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Scholfield, JJ.

[No. 12604-1-I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS LEON WHITFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01150-0, Liem E. Tuai, J., entered December 3, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Scholfield, JJ.